■ The People of the State of New York, Respondent, v Mohmude Parks, Appellant. [822 NYS2d 474]—Judgment, Supreme Court, New York County (Jeffrey Atlas, J.), rendered on or about January 13, 2004, unanimously affirmed. No opinion. Order filed. Concur—Mazzarelli, J.P., Friedman, Gonzalez, Catterson and Malone, JJ.